UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE KEMP, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No. CV 10-4333 SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>[~~XXXXXXXX~~] [PROPOSED] **ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

---

**[Proposed] Order Granting Joint Motion For Administrative Relief To Stay Action Pending Transfer To Multidistrict Proceedings -- Case No. CV 10-4333 SBA**

SQUIRE, SANDERS & DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California 94111

The Court, having fully considered the papers jointly submitted by the parties in connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-captioned case is STAYED pending transfer to MDL No. 2100.

**IT IS SO ORDERED.**

Dated: 10/12/10

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California 94111

- 2 -

[Proposed] Order Granting Joint Motion For Administrative Relief To Stay Action Pending Transfer To Multidistrict Proceedings -- Case No. CV 10-4333 SBA